40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST

STATE OF LOUISIANA

NO. 77690



DIV "C"

JASMINE PATE

VERSUS

ACE AMERICAN INSURANCE COMPANY;
EVANS DELIVERY COMPANY, INC.; and,
NAVIAN ESPINOSA FERNANDEZ

FILED: _____        _____

                                                    DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Jasmine Pate, a person of the full age of majority domiciled in the Parish of St. John the Baptist, State of Louisiana, whose Petition for Damages respectfully represents as follows:

I.

The following parties are made defendants in this suit:

A.    **ACE American Insurance Company** ("ACE American"), a foreign insurer authorized to do and doing business in the Parish of St. John the Baptist, State of Louisiana, who was at all material times hereto the automobile liability insurer for the vehicle being operated by defendants, Navian Espinosa Fernandez and Evans Delivery Company, Inc.

B.    **Evans Delivery Company, Inc.** ("Evans Delivery"), a foreign corporation authorized to do and doing business in the Parish of St. John the Baptist, State of Louisiana, who was at all material times hereto the employer of defendant, Navian Espinosa Fernandez, at the time of the incident sued upon herein; and,

C.    **Navian Espinosa Fernandez** ("Fernandez"), a person of the full age of majority domiciled in the County of Harris, State of Texas, who was at all material times hereto the owner/driver of the vehicle that caused the collision made subject of this suit;

Eliana DeFrancesch - Clerk of Court
Filed: Mar 17, 2022 2:10 PM
134883685



EXHIBIT
A

II.

On or about March 17, 2021, a Wednesday, at approximately 6:43 a.m., petitioner, Jasmine Pate, was driving a 2014 Nissan Altima in a northerly direction in the left lane of U.S. Hwy. 51 near its intersection with the I-10 east ramp in La Place, Louisiana.

III.

At the same time, defendant, Navian Espinosa Fernandez, was operating a 2014 Freightliner Cascadia with attached trailer in the course and scope of his employment with defendant Evans Delivery Company, Inc., also headed north in the left lane of U.S. Hwy. 51 and positioned directly behind Ms. Pate's vehicle.

IV.

Ms. Pate approached the traffic control signal and came to a complete stop for a red traffic signal at the intersection of U.S. Hwy. 51 and the I-10 east exit ramp.

V.

Suddenly and without warning, defendant Fernandez failed to stop, striking Ms. Pate's vehicle in the rear.

VI.

As a direct result of the negligence of defendant, Navian Espinosa Fernandez, your insured suffered severe physical and mental personal injuries.

VII.

The above-described collision, caused by defendant Fernandez, caused your petitioner to sustain compensable special and general damages including but not limited to physical and mental personal injuries.

VIII.

At the time of the collision sued upon herein, defendant Fernandez was operating his vehicle in the course and scope of his employment with defendant, Evans Delivery Company,

Inc., rendering defendant Evans Delivery Company, Inc. vicariously liable to your petitioner under the doctrine of *respondeat superior.*

IX.

The collision and resulting damages sued upon herein were caused by the negligence of defendant Fernandez in the following but not limited respects:

A.    In following too closely;

B.    In traveling in a reckless and careless manner;

C.    In failing to see what he should have seen;

D.    In failing to keep a proper lookout;

E.    In failing to maintain his vehicle under proper control under the circumstances;

F.    In traveling at an excessive rate of speed;

G.    In failing to use reasonable vigilance; and,

H.    Other acts of negligence which will be shown at the time of trial.

X.

The above acts of negligence are in violation of the laws of the State of Louisiana and the applicable parish ordinances, which are hereby specifically pleaded and adopted by reference as if reproduced herein and set forth *in extenso.*

XI.

As a direct result of the collision sued upon herein and the negligence of defendant Fernandez, petitioner Jasmine Pate sustained serious injuries to her mind and body, including but not limited to injuries to her head, neck, chest, sternum, left shoulder, right upper extremity, back, sacroiliac joints, and hips, as well as headaches, anxiety, fatigue, and sleep disturbances.

XII.

Further, as a result of the collision sued upon herein and the negligence of defendant

Fernandez, petitioner Jasmine Pate has sustained the following but not limited itemized damages, the value of which exceed the jurisdictional amount required for a jury trial in this matter:

A.   Hospital, medical and drug expenses, past and future;

B.   Physical and mental pain and suffering, past and future;

C.   Impairment of earning capacity/lost wages;

D.   Loss of enjoyment of life;

E.   Permanent disability; and

F.   Other items of damages which will be shown at the time of trial.

## XIII.

On the date of the collision sued upon herein, there was in full force and effect an automobile liability insurance policy issued by defendant ACE American Insurance Company insuring defendant, Evans Delivery Company, Inc., against liability for defendant Navian Espinosa Fernandez's negligent operation of the subject vehicle and the sued-upon damages thereby caused, rendering defendant ACE American Insurance Company solidarily liable to your Petitioner for same.

## XIV.

In accordance with Article 1572 of the Louisiana Code of Civil Procedure, Petitioner requests that she be given written notice by mail ten (10) days in advance of the date fixed for trial or any hearing of the above captioned case, whether on exceptions, motions, rules on the merits or otherwise. Petitioner further requests immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon rendition thereof as provided by Louisiana Code of Civil Procedure, Articles 1913 and 1914, including notice of judgment in the event that this case is taken under advisement, or if the judgment is not signed at the conclusion of the trial.

- 4 -

WHEREFORE, Petitioner prays for judgment herein in favor of Jasmine Pate and against defendants, ACE American Insurance Company; Evans Delivery Company, Inc.; and, Navian Espinosa Fernandez, jointly, severally, and/or solidarily, in a sum adequate to compensate Petitioner for her aforementioned damages, together with legal interest thereon from date of judicial demand until paid; for all costs of these proceedings; and for all general and equitable relief.

LAW OFFICES OF GREGORY P. DILEO, APLC

By: _____

    Gregory P. DiLeo, LSBA #4943
    Benjamin W. Gulick, LSBA #34874
    Nicole L. Oddo, LSBA #36246
    300 Lafayette Street, Suite 101
    New Orleans, Louisiana 70130
    Telephone:  (504) 522-3456
    Facsimile:   (504) 522-3888
    Email:       contact@gregdileo.com
                 bengulick@gregdileo.com
                 nicoleoddo@gregdileo.com

*Attorneys for Plaintiff, Jasmine Pate*

**PLEASE SERVE WITH PETITION FOR DAMAGES AND INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS:**

1.    **ACE AMERICAN INSURANCE COMPANY**
       Through its agent for service:

       Louisiana Secretary Of State
       8585 Archives Avenue
       Baton Rouge, LA 70809;

2.    **EVANS DELIVERY COMPANY, INC.**
       Through its registered agent for service:

       Mr. Williams P. Adams
       31638 River Pines Drive
       Springfield, LA 70462

3.    **MR. NAVIAN ESPINOSA FERNANDEZ**
       Through the Louisiana Long Arm Statute:

- 5 -

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE
DY. CLERK OF COURT
PARISH OF ST. JOHN THE BAPTIST, LA
DATE

4602 Reveille Street
Houston, TX  77087

*Jasmine Pate v. ACE American Insurance Company, et al.*
40th JDC No. _____, Div. "_____"
"Petition for Damages"

PATE, JASMINE\PETITION\sw